# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JESSICA GUERRIERO, on behalf of herself and others similarly situated,** | Case No. 4:21-cv-01917 |
| Representative Plaintiff, | Judge Benita Y. Pearson |
| vs. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| **PENN NATIONAL GAMING, INC., et al.,** | |
| Defendants. | |

Representative Plaintiff Jessica Guerriero and Defendants Central Ohio Gaming Ventures, LLC, Dayton Real Estate Ventures, LLC, Penn National Gaming, Inc., Toledo Gaming Ventures, LLC, Youngstown Real Estate Ventures, LLC, by and through their respective counsel, jointly and mutually stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this entire action and all claims in Plaintiff's Complaint are hereby dismissed without prejudice, with each party to bear their own costs, including court costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey J. Moyle | /s/ Kerri L. Keller (with permission) |
| Jeffrey J. Moyle (0084854) | Kerri L. Keller (0075075) |
| NILGES DRAHER LLC | BROUSE MCDOWELL |
| 1360 East 9th Street, Suite 808 | 388 South Main Street Suite 500 |
| Cleveland, OH 44114 | Akron, OH 44311 |
| Telephone: (216) 230-2955 | Telephone: (330) 535-5711 |
| Facsimile: (330) 754-1430 | Facsimile: (330) 253-8601 |
| E-mail: jmoyle@ohlaborlaw.com | kkeller@brouse.com |
| | |
| Shannon M. Draher (0074304) | Christopher Carney (0037597) |
| Hans A. Nilges (0076017) | BROUSE MCDOWELL |
| NILGES DRAHER LLC | 600 Superior Ave. E. Suite 1600 |
| 7266 Portage Street, N.W., Suite D | Cleveland, OH 44114 |
| Massillon, OH 44646 | Telephone: (216) 830-6830 |
| Telephone: (330) 470-4428 | Facsimile: (216) 830-6807 |
| Facsimile: (330) 754-1430 | ccarney@brouse.com |
| Email: sdraher@ohlaborlaw.com | |
| hans@ohlaborlaw.com | Denise K. Drake (admitted *pro hac vice*) |
| | Jason N.W. Plowman (admitted *pro hac vice*) |
| *Counsel for Representative Plaintiff* | Matthew P.F. Linnabary (admitted *pro hac vice*) |
| | POLSINELLI PC |
| | 900 W. 48th Place, Suite 900 |
| | Kansas City, MO 64112 |
| | Telephone: (816) 753-1000 |
| | Facsimile: (816) 753-1536 |
| | |
| | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 15, 2021, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              */s/ Jeffrey J. Moyle*
                                              Jeffrey J. Moyle

                                              *Counsel for Representative Plaintiff*