# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JESSICA GUERRIERO, on behalf of herself and others similarly situated,** ) | Case No. 4:21-cv-01917 |
| ) | |
| Representative Plaintiff, ) | Judge Benita Y. Pearson |
| ) | |
| vs. ) | **JOINT MOTION FOR RELIEF FROM** |
| ) | **ORDER** |
| **PENN NATIONAL GAMING, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

Representative Plaintiff Jessica Guerriero and Defendants Central Ohio Gaming Ventures, LLC, Dayton Real Estate Ventures, LLC, Penn National Gaming, Inc., Toledo Gaming Ventures, LLC, Youngstown Real Estate Ventures, LLC, by and through their respective counsel, jointly move the Court pursuant to Fed. R. Civ. P. 60(a) to modify the Order of Dismissal issued on December 21, 2021 (ECF No. 14). On December 15, 2021, the Parties filed a Joint Stipulation of Dismissal Without Prejudice of this case pursuant to Rule 41(a)(1)(A)(ii) (ECF No. 13). However, the Court's Order of December 21, 2021 states that the Parties settled the case and that the Docket will be marked settled and dismissed without prejudice. The Parties respectfully request that the Docket be revised to note that the case was not settled, but rather was voluntarily dismissed without prejudice by stipulation of the Parties.

Respectfully submitted,

/s/ Jeffrey J. Moyle
Jeffrey J. Moyle (0084854)
NILGES DRAHER LLC
1360 East 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
E-mail: jmoyle@ohlaborlaw.com

Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
NILGES DRAHER LLC
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: sdraher@ohlaborlaw.com
hans@ohlaborlaw.com

*Counsel for Representative Plaintiff*

/s/ Kerri L. Keller (with permission)
Kerri L. Keller (0075075)
BROUSE MCDOWELL
388 South Main Street Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
kkeller@brouse.com

Christopher Carney (0037597)
BROUSE MCDOWELL
600 Superior Ave. E. Suite 1600
Cleveland, OH 44114
Telephone: (216) 830-6830
Facsimile: (216) 830-6807
ccarney@brouse.com

Denise K. Drake (admitted *pro hac vice*)
Jason N.W. Plowman (admitted *pro hac vice*)
Matthew P.F. Linnabary (admitted *pro hac vice*)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
Facsimile: (816) 753-1536

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Jeffrey J. Moyle*
                                          Jeffrey J. Moyle

                                          *Counsel for Representative Plaintiff*