PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| JESSICA GUERRIERO, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) ) | CASE NO.  4:21CV1917 |
| v. | ) ) | JUDGE BENITA Y. PEARSON |
| PENN NATIONAL GAMING, INC., et al., | ) ) ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | [Resolving ECF No. 15] |

Pending before the Court is the parties' Joint Motion for Relief from the Court's Order of Dismissal entered on December 21, 2021.  ECF No. 15.  The Court's Order of Dismissal states that the parties reached a settlement.  ECF No. 14.  The parties, however, stipulated to dismiss the case, not settle it.  *See* ECF No. 13.

Accordingly, the Court vacates its earlier Order of Dismissal (ECF No. 14) and hereby orders that the case be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

January 3, 2022
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge